**DIVIDENDS REMITTED TO THE COURT**
Check Number 3014 Dated 12/14/10
Case Number 10-11294 - GLOVER, EUGENE A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Anp Deconversion PO Box 248872 Oklahoma City, OK 73124-8872 | 000002 | 73.52 | 2.69 |
| ---------- Remittance Total --------------- | | 73.52 | 2.69 |

SHELDON STEIN, BANKRUPTCY TRUSTEE

*CHECK #3014*
*#151530*

FILED
2010 DEC 16 AM 11:42
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND